USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-25-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

- v. -

23-CR-00191 (ALC)

ORDER

CAMILLO MARCHI,

       Defendant.
------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **August 26, 2025,** at **12:00 p.m.**

SO ORDERED.

Dated:  New York, New York
     August 25, 2025

               **ANDREW L. CARTER, JR.**
               **United States District Judge**