```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-25-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

UNITED STATES OF AMERICA,

- v. -

CAMILLO MARCHI,

                             Defendant.

----------------------------------------------------------------- x

23-CR-00191 (ALC)

**AMENDED ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **August 26, 2025,** at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
              August 25, 2025

                                                  _____
                                                     ANDREW L. CARTER, JR.
                                                     United States District Judge