USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: _4-1-26_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

UNITED STATES OF AMERICA,    :
                             :
                             :
                             :    **23-CR-00191 (ALC)**
        - v. -               :
                             :    **ORDER**
                             :
CAMILLO MARCHI,              :
                             :
                **Defendant.**    :
                             :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **April 9, 2026**, at **12:45 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
        **April 1, 2026**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**