Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 21, 2026

**By ECF and Email**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 8/24/26

**Re: *United States v. Camillo Marchi*, 23 Cr. 191 (ALC)**

Dear Judge Carter:

I write with the Government's consent to request a 60-day adjournment of the conference presently scheduled for Tuesday, August 25, 2026.

As the Court noted at the last conference in this case, an adjournment may be appropriate while the state case underlying this violation of supervised release proceeding remains unresolved. Mr. Marchi now has new counsel in that case, and it remains pending. His next scheduled court date is September 16, 2026. A 60-day adjournment would permit the state matter to progress and may narrow or resolve issues relevant to this proceeding.

As noted, the Government consents to this request. Thank you for your consideration.

The application is **GRANTED**. The Violation of Supervised Release Hearing is adjourned to 10/29/26 at 3 p.m.
So Ordered.

Andrew L. Carter Jr.
**8/24/26**

Respectfully submitted,

Ariel C. Werner
Ariel C. Werner
Assistant Federal Defender
212-417-8700

cc: AUSA Jaclyn Delligatti
USPO Kyro King