USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-16-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CAMILLO MARCHI,

Defendants.

23-CR-191 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **October 22, 2026,** at **3:00 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**October 16, 2026**

ANDREW L. CARTER, JR.
United States District Judge