USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 10-21-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**-against-**

**CAMILLO MARCHI,**

**Defendants.**

---

**23-CR-191 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing scheduled for October 29, 2026, is ADJOURNED.

**SO ORDERED.**

**Dated: New York, New York**
**October 21, 2026**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**