**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-------------------------------------------------------X**

UNITED STATES OF AMERICA,

23 Cr. 191 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: __________
DATE FILED: **11/4/26**

-against-

CAMILLO MARCHI,

-------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

The parties shall file a joint status report on or before **November 9, 2026**.

SO ORDERED.

Dated: New York, New York
November 4, 2026

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE